State v. Newsom

Defendant was convicted on two counts of felonious possession of controlled substances. The counts were consolidated for judgment and a prison sentence of from four to five years was imposed. At trial, defendant was represented by private counsel. After judgment and upon his affidavit of indigency, Judge Clark appointed the assistant public defender to represent defendant.

*Attorney General Robert Morgan by R. Bruce White, Jr., Deputy Attorney General, and Alfred N. Salley, Assistant Attorney General, for the State.*

*Neill H. Fleishman, Assistant Public Defender, for defendant appellant.*

STATE OF NORTH CAROLINA v. JOHN RICHARD NEWSOM

No. 7318SC256

(Filed 23 May 1973)

Appeal by defendant from *Crissman, Judge,* 23 October 1972 Session of Superior Court held in GUILFORD County.

Defendant was convicted of armed robbery. Judgment imposing a prison sentence of from twenty to twenty-five years was entered.

*Attorney General Robert Morgan by R. Bruce White, Jr., Deputy Attorney General, and Jones P. Byrd, Associate Attorney General, for the State.*

*D. Lamar Dowda, Assistant Public Defender, for defendant appellant.*

State v. Briggs

VAUGHN, Judge.

The public defender ably represented defendant at trial and on appeal. We have considered each of the numerous assignments of error that were brought forward. In the trial, however, we find no prejudicial error.

No error.

Judges BROCK and MORRIS concur.